IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:23cr122 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **JAMES ADAMS,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 4th day of January, 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's motion to dismiss Count 2 and Count 3 of the indictment (Doc. 21) is **DENIED**.

2) Jury selection and trial are scheduled for **March 4, 2024 at 9:30 AM** in Courtroom 2, William J. Nealon Federal Building and United States Courthouse, 235 N. Washington Ave., Scranton, PA 18503.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court